**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LUNDES GARRETT,                              :        No. 3:26cv1338
        **Plaintiff**                      :

                           :        **(Judge Munley)**
                           :

   **v.**                                       :

                           :

**TV HARDWARE DISTRIBUTION, LLC,** :
**and TRUE VALUE COMPANY,**          :
        **Defendants**                    :

**ORDER**

    **AND NOW**, to wit, this _____ day of June 2026, upon consideration of:

1) the Report and Recommendation ("R&R") of Chief United States Magistrate

Judge Daryl F. Bloom recommending that Plaintiff Lundes Garrett's motion for

leave to proceed in forma pauperis be granted and that his complaint be

dismissed without prejudice, (Doc. 5); and 2) the first amended complaint filed by

Garrett on June 3, 2026 in lieu of objections to the R&R, it is hereby **ORDERED**

that:

   1) The R&R, (Doc. 5), is **ADOPTED** in its entirety;

   2) The motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**

      for screening purposes only;

   3) The complaint, (Doc. 1), is **DISMISSED** without prejudice;

4) Garrett's first amended complaint, (Doc. 6), is accepted as the operative pleading in this matter; and

5) This matter is remanded to Chief Magistrate Judge Bloom for the screening of Garrett's first amended complaint and the issuance of an R&R.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2